UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| SCOTTY V. NUNN | ) |
| | ) |
| v. | ) No.: 2:12-cv-245 |
| | ) *Greer/Inman* |
| STATE OF TENNESSEE, SULLIVAN | ) |
| COUNTY, TENNESSEE, SHERIFF | ) |
| WAYNE ANDERSON, DOCTOR | ) |
| D. J. PAUL, M.D., PENNY TESTER, | ) |
| JANE DOE #1, JANE DOE #2, JANE | ) |
| DOE # 3 | ) |

## **MEMORANDUM**

This *pro se* civil rights complaint under 42 U.S.C. § 1983 was filed by a former prisoner in the Sullivan County Detention Center, who alleged that his constitutional rights were violated during his confinement therein. On August 20, 2013, the Court entered an order, directing the Clerk to send plaintiff two service packets and ordering him to complete and return the packets to the Court within twenty (20) days, [Doc. 7]. Plaintiff was forewarned that, if he failed to comply with the order in a timely fashion, his lawsuit would be dismissed, [*id.*]. More than twice the allotted period of time has passed and plaintiff has failed to return the service packets or otherwise respond to the order.

Therefore, this case will be **DISMISSED** by a separate order for plaintiff's failure to prosecute and to comply with the orders of the Court. Fed. R. Civ. P. 41(b). Lastly, the Court **FINDS** that any appeal from this decision would not be taken in good faith and, therefore, will also **DENY** plaintiff leave to proceed *in forma pauperis* on appeal. 28 U.S.C. § 1915(a)(3).

**ENTER:**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE